■ In the Matter of Lesliana L., an Infant. Ana M., Appellant; Sheltering Arms Children and Family Services, Previously Known as Episcopal Social Services, Respondent. [24 NYS3d 908]—

Order of disposition, Family Court, New York County (Jane Pearl, J.), entered on or about January 9, 2015, which, to the extent appealed from as limited by the briefs, upon respondent mother's admission that she permanently neglected her daughter, terminated her parental rights to the child, and transferred custody and guardianship of the child to petitioner and the Commissioner of Social Services of the City of New York for the purpose of adoption, unanimously affirmed, without costs.

The court's finding that the child's best interests would be best served by terminating respondent's parental rights is supported by a preponderance of the evidence (*see Matter of Star Leslie W.*, 63 NY2d 136, 147-148 [1984]). The child has bonded with her foster mother, who wishes to adopt her, and respondent has not shown that she has ameliorated the living conditions that led to the child's placement (*see Matter of Savannah Love Joy F. [Andrea D.]*, 110 AD3d 529, 530 [1st Dept 2013], *lv denied* 22 NY3d 858 [2014]; *Matter of Kristian-Isaiah William M. [Jessenica Terri-Monica B.]*, 109 AD3d 759, 760-761 [1st Dept 2013], *lv denied* 22 NY3d 856 [2013]). Concur—Renwick, J.P., Andrias, Saxe and Richter, JJ.